UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Nena Reed
                                        Plaintiff,

v.                                              Case No.: 1:21−cv−05413
                                                                    Honorable Franklin U. Valderrama

Allied Benefit Systems, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court thanks Magistrate Judge Cummings for convening the successful settlement conference, and commends the parties and their counsel for negotiating in good faith. By 4/15/2022, the parties shall file either (1) a stipulation of dismissal, or (2) a short status report explaining the reason for the delay in completing the settlement. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.